IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



PROGRESSIVE GULF INSURANCE COMPANY     PLAINTIFF/COUNTER-DEFENDANT

VS.     CIVIL ACTION NO. 5:08CV201-DCB-JMR

BRUCE SCARBOROUGH AND JOHN AND
JANE DOES 1-5     DEFENDANT/COUNTER-PLAINTIFF

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the motion *ore tenus* of the parties who hereby agree to the entry of this order dismissing the cause with prejudice. The Court is fully advised in the premises and finds that the motion is well-taken and it is hereby

ORDERED AND ADJUDGED that this case is dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 3rd day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

_____     _____
C. MAISON HEIDELBERG, MB #9559     PAUL A. KOERBER, MB #4239
Attorney for Plaintiff/Counter-Defendant     Attorney for Defendant/Counter-Plaintiff